STATE of Missouri, Respondent,

v.

Robert M. SCARLET, Appellant.

ED 103596

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: December 13, 2016

Chris Koster, Evan J. Buchheim, Jefferson City, MO, for respondent.

Amy M. Bartholow, Columbia, MO, for appellant.

Before: James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

## ORDER

PER CURIAM.

Robert M. Scarlet appeals the judgment entered upon his conviction after a jury trial of first-degree involuntary manslaughter, second-degree assault, and careless and imprudent driving. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to

1. Unless otherwise indicated, all further statutory references are to RSMo 2000 as amend-

Missouri Rule of Criminal Procedure 30.25(b) (2016).